**Steve D. Larson**
slarson@stollberne.com
STOLL BERNE
209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Fax: (503) 227-6840

**Eugene Y. Turin** (*pro hac vice*)
eturin@mcgpc.com
MCGUIRE LAW, P.C.
55 W. Wacker Drive, 9th Floor
Chicago, Il 60604
Telephone: (312) 893-7002
Fax: (312) 275-7895

*Attorneys for Plaintiff Gunnar Amos*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **GUNNAR AMOS**, individually and on behalf of classes of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br>**BREW DR. KOMBUCHA, LLC**, an Oregon limited liability company,<br><br>Defendant. | CASE NO. 3:19-CV-01663-JR<br><br>Hon. Michael H. Simon<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed

R. Civ. Proc. 41(a), hereby stipulate to the dismissal of Plaintiff's individual claims with prejudice

and without costs.   Plaintiff's putative class claims are dismissed without prejudice and without costs.

Dated: May 22, 2020                    Respectfully Submitted,


                By: /s/ Eugene Y. Turin

**Steve D. Larson**
slarson@stollberne.com
STOLL BERNE
209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Fax: (503) 227-6840

**Eugene Y. Turin** (*pro hac vice*)
eturin@mcgpc.com
MCGUIRE LAW, P.C.
55 W. Wacker Drive, 9th Floor
Chicago, Illinois 60601
Tel: (312) 893-7002
Fax: (312) 275-7895

*Attorneys for Plaintiff Gunnar Amos*

Dated: May 22, 2020                    Respectfully Submitted,


                By: /s/ Todd P. Stelter

**Todd P. Stelter** (*pro hac vice*)
tstelter@hinshawlaw.com
**David Schultz** (*pro hac vice*)
dschultz@hinshawlaw.com
HINSHAW & CULBERTSON, LLP.
151 North Franklin Street, Suite 2500
Chicago, IL 60606
Tel: (312) 704-3966
Fax: (312) 704-3001

**Sean M. Driscoll, OSB #022987**
Sean.Driscoll@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Tel: (971) 712-2800
Fax: (971) 712-2801

*Attorneys for Defendant Brew Dr. Kombucha, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on May 22, 2020, I caused the foregoing *Notice of Voluntary Dismissal With Prejudice* to be electronically filed with the Clerk of the Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record.

/s/ Eugene Y. Turin