IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GUNNAR AMOS,

                Plaintiff(s),

    v.

BREW DR. KOMBUCHA, LLC,

                Defendant(s).

Civil No. 03:19-cv-01663-JR

**ORDER OF DISMISSAL**

Based on Plaintiff's Notice of Voluntary Dismissal [37],

IT IS ORDERED that this action is DISMISSED as to Plaintiff's individual claims with prejudice and without costs. Plaintiff's putative class claims are DISMISSED without prejudice and without costs. Pending motions, if any, are DENIED AS MOOT.

Dated this 22nd day of May, 2020.

                                              by   /s/ Jolie A. Russo
                                                    Jolie A. Russo
                                                    United States Magistrate Judge